**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Tel:  (973) 848-4000
*Attorneys for Imperbel, N.V.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOPREMA, INC.,**<br><br>Plaintiff,<br>v.<br><br>**IMPERBEL, N.V.,**<br><br>Defendant. | Civil Action No.: 1:21-CIV-08176 (PGG)<br><br>*DOCUMENT ELECTRONICALLY FILED*<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this action on behalf of Defendant Imperbel, N.V. and requests that a copy of all notices and pleadings in this action be served upon the undersigned as follows: Anthony P. La Rocco, Esq., K&L Gates LLP, One Newark Center, 10th Floor, Newark, New Jersey 07102, telephone: (973) 848-4000, Facsimile: (973) 848-4001, email: Anthony.LaRocco@klgates.com.

Dated:   Newark, New Jersey
         November 30, 2021

                                        Respectfully submitted,

                                        By: /s ANTHONY P. LA ROCCO
                                            Anthony P. La Rocco, Esq.
                                            **K&L GATES LLP**
                                            One Newark Center, Tenth Floor
                                            Newark, NJ  07102
                                            (973) 848-4000
                                            Attorneys for Imperbel, N.V.