

Charles F. Rysavy
Charles.rysavy@klgates.com

T +1 973 848 4053
F +1 973 848 4001

January 20, 2022

**VIA ELECTRONIC FILING**

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

**RE:** *Soprema, Inc. v. Imperbel, N.V.*, Case No.: 1:21-CIV-08176
Proposed Motion to Dismiss of Defendant Imperbel, N.V.

Dear Judge Gardephe:

We write on behalf of Defendant Imperbel, N.V., pursuant to Your Honor's direction at the January 13, 2022, pre-motion conference in this matter, that Imperbel advise the Court by letter whether it intends to proceed with its proposed motion to dismiss. Imperbel has thoughtfully considered Your Honor's preliminary conclusions regarding the likelihood of success of Imperbel's proposed motion to dismiss, and has determined that it can proceed with the motion while addressing the issues in a way that takes into account Your Honor's comments.

The parties have agreed upon and propose the following schedule for the briefing:

    January 26, 2022 – Moving Papers

    February 9, 2022 – Opposition Brief

    February 16, 2022 – Reply Brief

The papers will be filed on the Court's docket consistent with Your Honor's Individual Rule IV(C) requiring that the parties delay filing any briefs until after all briefing is complete.

Respectfully submitted,

By: /s/ Charles F. Rysavy
    Charles F. Rysavy
    Counsel for Defendant Imperbel, N.V.

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: January 20, 2022

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000   F +1 973 848 4001   klgates.com
Anthony P. La Rocco, Managing Partner, New Jersey
311209049.1